

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00223-CV

Maria Lidia **GONZALEZ**, et al,
Appellants

v.

Estate of Idelfonso **RAMIREZ**, et al,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The clerks' record in this case was filed on April 11, 2017, the same day as the intervenor's notice of appeal. Because the clerk's record did not contain the signed final judgment that supports the intervenor's appeal, the court clerk was given additional time to supplement the clerk's record. The court clerk subsequently filed a supplemental clerk's record that contains the signed final judgment that supports the intervenor's appeal.

On August 8, 2017, this Court received notice that plaintiffs filed a notice of appeal in the trial court on December 21, 2016. This notice of appeal was not forwarded to this Court, nor is it included in the clerk's record.

The filing of a notice of appeal by any party confers appellate jurisdiction over all parties to the trial court's judgment. TEX. R. APP. P. 25.1(b). "An appeal is perfected when a written notice of appeal is filed with the trial court clerk." TEX. R. APP. P. 25.1(a).

Thus, it appears plaintiffs perfected their appeal of the trial court's judgement upon the filing of their notice of appeal in the trial court. *See id.* In addition, intervenors' notice of appeal conferred appellate jurisdiction over all of the parties. *See* TEX. R. APP. P. 25.1(b).

It is therefore ORDERED that the court clerk file a supplemental record containing the plaintiffs' notice of appeal within ten days from the date of this order. Appellants' briefs shall be filed on or before thirty days from the date of this order.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.



Luz Estrada
Chief Deputy Clerk